# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

LISSA COTTRELL,

      Plaintiff,

v.

**ORDER**
Civil File No. 10-3154 (MJD/JJK)

COSTCO WHOLESALE CORP.,

      Defendant.

**IT IS HEREBY ORDERED**:

The parties shall have four full trial days to try this case. Two days are allocated to Plaintiff, and two days are allocated to Defendant.

Dated: August 31, 2012      s/ Michael J. Davis
                                             Michael J. Davis
                                             Chief Judge
                                             United States District Court